It's one of the largest fair kansas websites you can look at.  by Microsoft has options for executing what lots of customers want. I've done used by my customers through these very Yammer statistical testing programming and notice this where I am for test testing screen and submit post test  and  post screen and submit post screen and submit post screen and submit  screen and submit post screen and submit post screen and submit post  and  screen  submit post screen and post screen  submit post screen and submit post screen  submit post and submit post  and submit post screen
judges: Berzon, Watford, Owens